UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO. 3:13-bk-06883-PMG

Martin Sheldon Schratter
and Shirley Jean Schratter,
                    Debtors.
_____/

## NOTICE OF INTENTION TO SELL
## PROPERTY OF THE ESTATE

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date of service of this paper.  If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan St., Suite 3-350, Jacksonville, FL 32202, and serve a copy on the movant or movant's attorney, Robert Altman, P.O. Box 922, Palatka, FL 32178-0922.

If you file and serve an objection within the time permitted, the court will schedule a hearing and you be notified.  If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

NOTICE IS HEREBY GIVEN that the trustee intends to sell the following property, under the terms and conditions set forth below.

1. Description of property:

> 2003 Toyota Tundra Access Limited truck VIN: 5TBBT48173S433992 -$11,659.00, less $2,000.00 exemption pursuant to Fla. Stat. §222.25(1), less $465.00 exemption pursuant to Fla. Const. Art. X, Sec. 4, leaving equity of $9,194.00; 2002 Dodge Stratus SE VIN: 1B3EL46R02N354201 - Kelley Blue Book value $2,030.00; 1982 homemade horse trailer - $500.00.  Total Equity: $11,724.00.

2. Manner of Sale:  Private (x)*  Public Auction ( )

3. Terms of Sale:

> Debtors shall purchase from the estate the following property for $9,400.00: 2003 Toyota Tundra Access Limited truck ($7,400.00); 2002 Dodge Stratus SE ($1,600.00); 1982 homemade horse trailer ($400.00) to be paid in 12 monthly payments of $783.34 beginning March 15, 2014 and continuing on the fifteenth day of each successive month thereafter until paid in full.  Payments are by cashier's check or money order made payable to Robert Altman, Trustee at P.O. Box 922, Palatka, FL 32178-0922. Debtors will maintain adequate insurance and cause their insurance company to list the Trustee as a loss payee on the policy.  The trustee believes this sale to be in the best interest of the estate.  The trustee does not anticipate any tax consequence to this sale and no trustee's deed will be issued.

4. If the debtors do not make any payment within 10 days of the due date, then the trustee shall provide the debtors' attorney with written notice of such default. If the default is not cured within 10 days of such written notice, then the debtors agree to the entry of a judgment revoking their discharge.

5. The debtors' signatures are affixed hereto and by their signatures they agree to all the terms and conditions expressed herein.

6. To the extent the debtors have claimed the property exempt the debtors agree that the exemptions are limited to the exemptions allowed by law, either $1,000.00 for any one vehicle or $1,000.00 each for personal property, $4,000.00 each, if joint petition, pursuant to Fla. Stat. §222.25(4), if applicable, and to the extent necessary, the debtors waive any right to higher exemptions otherwise allowed or claimed.

7. The trustee reserves the right, without penalty, to withdraw this offer of sale at any time. This sale will not become final until after the expiration of the 21 day objection period set forth above/or a favorable disposition of any objections to the sale. The trustee, until the expiration of the time within which parties may object to the proposed sale, will entertain any higher bids of the purchase of the asset(s) being sold. Any higher bid must be accompanied by a deposit of twenty percent (20%) of the proposed higher purchase price. Any higher bid must be received by the trustee at the address listed below no later than twenty-one (21) days from the date of this notice. Should a higher bid be received, the trustee will conduct a telephone auction between the original purchaser named in this notice and the additional bidder(s) at the earliest reasonable time.

DATE: 2/4/14

ROBERT ALTMAN, P.A.

_____
Martin Sheldon Schratter
7058 CR 631
Bushnell, FL 33513

_____
Robert Altman, Trustee
Florida Bar No. 346861
P.O. Box 922
Palatka, FL 32178-0922
(386) 325-4691
(386) 325-9765 Facsimile

_____
Shirley Jean Schratter
7058 CR 631
Bushnell, FL 33513

_____
Peter C. Blinn, Esquire
Attorney for Debtors
Florida Bar No. 319619
Peter C. Blinn, P.A.
1800 SE 17th St., Building 400
Ocala, FL 34471
(352) 351-3000